IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRILL HICKS, | ) | |
|     Petitioner | ) | |
| | ) | |
| V. | ) | Civil Action No. 13-899 |
| | ) | |
| ERIC BUSH, et al., | ) | |
|     Respondents | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR PETITIONER

**TO:**  Clerk of Court
United States District Court
Western District of Pennsylvania

NOTICE is hereby given that Assistant Federal Defender Elisa A. Long is replacing Assistant Federal Public Defender Candace Cain, as counsel for the Petitioner, TERRILL HICKS, in the above-captioned action.

DATED July 2, 2019.

Respectfully submitted,

s/ *Elisa A. Long*
Elisa A. Long
Assistant Federal Public Defender
Federal Public Defender's Office
Western District of Pennsylvania
1001 Liberty Avenue
Suite 1500
Pittsburgh, Pennsylvania 15222-3714
Office: (412) 644-6565
Fax: (412) 644-4594
Elisa_Long@fd.org